ORDERED.

Dated:  November 12, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.us.gov

**IN RE:**

SAMUEL WILLIAM BALLINGER,                    CASE 8:16-bk-07755-RCT
                                              Chapter 7

_____Debtor./

## ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSIES BETWEEN CHAPTER 7 TRUSTEE AND ADVERSARY DEFENDANTS

This case came on for consideration upon the Chapter 7 Trustee's Motion to Approve and Notice of Proposed Compromise of Controversies with Samuel William Ballinger, William Ballinger, Locations of Pinellas, Inc., and Locations, Inc. [Doc # 215] regarding disputes over ownership of certain corporations, real property, a 2006 Maserati Quattroporte, and Debtor's homestead exemption. The Court finds that the Motion was served pursuant to the negative notice provisions of Local Bankruptcy Rule 2002-4. The Court has considered the Motion, together with the record, and finds that there were no responses filed to the Motion. The Court deems the Motion unopposed and that the Motion should be granted. Accordingly, it is:

**ORDERED** as follows:

1. The Trustee's Motion to Approve and Notice of Proposed Compromise of Controversies is hereby **GRANTED** and the Court hereby approves the Conditional Settlement Agreement between Debtor, William Ballinger, Locations of Pinellas, Inc., and Locations, Inc., wherein Locations of Pinellas, Inc. is scheduled to make a settlement payment of the greater of 25% or $50,000.00 pending recovery from a separate state court lawsuit.

2. The settlement is conditioned upon Trustee's receipt of the settlement payment from Locations of Pinellas, Inc. pursuant to the terms of the Conditional Settlement Agreement. Each adversary proceeding will remain abated until resolution of the separate

state court lawsuit.

2. The Court reserves jurisdiction to enforce the terms of this Order and the Compromise between the parties.

*\*\*Jason Brazelton, Esq., is directed to serve a copy of this order on interested parties who are non-CM/ECF and file a proof of service within 3 days of entry of the order.*